**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PROVEN NETWORKS, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC,<br><br>             Defendants. | Civil Action No. 6:20-cv-00266 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendants Amazon.com, Inc. and Amazon Web Services, Inc., (collectively, "Amazon") respectfully file this unopposed motion for an extension of time to answer or otherwise respond to the complaint of plaintiff Proven Networks, LLC ("Proven").

Proven's complaint was filed on April 1, 2020. (Dkt. 1.) The current deadline for Amazon to respond to the complaint is April 28, 2020. Amazon requests an extension to respond to the complaint up to and including June 12, 2020. Counsel for Amazon conferred with counsel for Proven prior to filing this motion and Proven does not oppose this extension. This motion is not made for delay, but only to permit orderly resolution of issues in the case, and to account for COVID-19 related work restrictions of both Amazon and its counsel. Amazon therefore respectfully requests that the Court enter an order and extend the deadline for Amazon to answer or otherwise respond to Proven's complaint up to and including June 12, 2020.

Dated: April 9, 2020    Respectfully submitted,


                                       */s/ Ravi R. Ranganath*
J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
Email: rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Counsel for Defendants
AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 9, 2020.

*/s/ Ravi R. Ranganath*
Ravi R. Ranganath