**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PROVEN NETWORKS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC,<br><br>    Defendants. | Civil Action No. 6:20-cv-00266 |

**ORDER**

The Court, having considered the Unopposed Motion of defendants Amazon.com, Inc. and Amazon Web Services, Inc., (collectively, "Amazon") for Extension of Time to Answer or Otherwise Respond to Complaint, hereby ORDERS that the motion is GRANTED.

Amazon's deadline to answer or otherwise respond to the complaint is extended up to and including June 12, 2020.

SIGNED this _____ day of _____, 2020.

                _____
                THE HONORABLE ALAN D ALBRIGHT
                UNITED STATES DISTRICT JUDGE